UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

OSCAR SERRANO                )
                             )
v.                           )    No. 3:12-00356
                             )    JUDGE CAMPBELL
UNITED STATES OF AMERICA     )

## ORDER

Pending before the Court is the Government's Motion To Dismiss Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside Or Correct Sentence (Docket No. 8). The Petitioner shall file any response on or before June 4, 2012.

It is so ORDERED.

                                                             _____
                                                             TODD J. CAMPBELL
                                                            UNITED STATES DISTRICT JUDGE